UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30647
Summary Calendar
_____


Israel Bryan Harris; Angela Marie Harris; and Athena Maria
Harris, for and on behalf of her minor child, Crystal Lynn Harris,

Plaintiffs-Appellants,

versus

United States Air Force and United States Department of the
Navy,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
(94-CV-3965)
_____
December 21, 1995


Before KING, SMITH and BENAVIDES, Circuit Judges.

Per Curiam:[*]

This is an appeal from the district court's order dismissing

plaintiffs-appellants' Federal Tort Claims Act suit for lack of

subject matter jurisdiction.  We have reviewed the record and find

_____

[*]     Local Rule 47.5 provides:  "The publication of opinions that
have no precedential value and merely decide particular cases on
the basis of well-settled principles of law imposes needless
expense on the public and burdens on the legal profession."
Pursuant to that Rule, the Court has determined that this opinion
should not be published.

that the district court correctly found that the _Feres_ doctrine barred appellants' claim. The judgment of the district court is affirmed for the reasons carefully and correctly set out in its order granting the defendants-appellees' motion to dismiss. _See also_ _Schoemer v. United States_, 59 F.3d 26 (5th Cir. 1995), _cert. denied_, 1995 WL 588294 (U.S. Nov. 27, 1995).

AFFIRMED.